JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE HOWZE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EMILY MALAN, R.N., et al.,<br><br>　　　　　　　Defendants. | Case No. CV14-01341 SVW (RAO)<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge:　Stephen V. Wilson<br>Courtroom: 10A |

[PROPOSED] JUDGMENT (Case No. CV14-01341 SVW (RAO))

On July 11, 2017, the Court adopted in part and reversed in part the Report and Recommendation of the United States Magistrate Judge, which had been filed on January 6, 2017. Pursuant to a Court Order dated October 10, 2017, Defendant Emily Malan, R.N., filed a second motion for summary judgment against the Second Amended Complaint of Plaintiff Johnny Lee Howze. On April 12, 2018, the Court granted Defendant's Second Motion for Summary Judgment. As a result of the Court's order granting summary judgment in favor of Defendant,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Johnny Lee Howze shall take nothing from Defendant Emily Malan, R.N.;

2. Plaintiff's action against Defendant is dismissed with prejudice, and

3. Defendant shall recover her costs as the prevailing party pursuant to Federal Rule of Civil Procedure 54 upon the filing of a Bill of Costs.

DATED: 4/23/18

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE